PMC/vd 2013R00134

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO. JKB-13-087 |
| | * |
| **LANNY HARRIS,** | *   (Conspiracy, 18 U.S.C. § 371) |
| | * |
| **Defendant.** | * |
| | * |

*******

## INFORMATION

The United States Attorney for the District of Maryland and the Assistant Attorney General for the Civil Rights Division of the United States Department of Justice charge that:

## COUNT ONE

### Defendant and Other Entities

At all times material herein:

1. Roxbury Correctional Institution was a facility of the Maryland Department of Public Safety and Correctional Services.

2. Defendant **LANNY HARRIS** was a Sergeant at Roxbury Correctional Institution in Hagerstown, Maryland, in the District of Maryland.

3. KD was an inmate at Roxbury Correctional Institution.

4. Defendant **HARRIS** was on duty as a Sergeant at Roxbury Correctional Institution from 11 p.m. on March 8, 2008, until 7 a.m. on March 9, 2008.

5. On or about March 8, 2008, at the start of the 11 p.m. to 7 a.m. shift, a Roxbury Correctional Institution supervisor announced at roll call that inmate KD had assaulted an officer, and that inmate KD had been moved to a cell in the Administrative Segregation Intake Area,

commonly referred to as ASIA.

## The Charge

6. On or about March 8-9, 2008, at Roxbury Correctional Institution, in the District of Maryland, the defendant

**LANNY HARRIS,**

willfully combined, conspired, and agreed with other officers at Roxbury Correctional Institution to commit offenses against the United States; that is, to inflict cruel and unusual punishment on inmate KD by maliciously and sadistically beating inmate KD in violation of 18 U.S.C. § 242.

## Object and Manner and Means of the Conspiracy

7. It was the plan and purpose of the conspiracy that the defendant and his co-conspirators would beat inmate KD for the sole purpose of punishing KD for a prior assault on another Roxbury Correctional Institution officer.

## Overt Acts

8. In furtherance of the conspiracy, and to effect the objects thereof, defendant **HARRIS** and his co-conspirators committed the following overt acts, among others, in the District of Maryland:

9. On or about March 8-9, 2008, defendant **HARRIS** and other Roxbury Correctional Institution officers met in ASIA and discussed assaulting inmate KD. Prior to that day, defendant **HARRIS** had learned, from talking with other Roxbury Correctional Institution officer, that officers would use force to retaliate against inmates. Defendant **HARRIS** understood that this practice of using force to punish inmates was unlawful.

10. On or about March 8-9, 2008, after initially walking away from the discussion about

assaulting inmate KD, defendant **HARRIS** agreed to participate in the assault. Defendant **HARRIS** ultimately agreed after receiving a call from officer JK, who asked defendant **HARRIS** to return to ASIA to join in an assault on inmate KD.

11.  Defendant **HARRIS** then returned to ASIA, where he met with officers JM, JK, PM, and RR in preparation for the assault.

12.  On or about March 8-9, 2008, officer RR opened the door to inmate KD's cell, so that defendant **HARRIS** and other officers could walk inside and assault inmate KD.

13.  After Officer JK punched inmate KD and Officer PM restrained the inmate on the ground, defendant **HARRIS** struck inmate KD.

14.  Defendant **HARRIS** and Officers JK and JM repeatedly struck inmate KD's body, while another officer watched the assault. The force that defendant **HARRIS** and the other officers used on inmate KD was unjustified and unlawful, and was intended to punish the inmate for his prior incident with a RCI officer. The officers' assault caused bodily injury to inmate KD. 18 U.S.C. § 371.

_February 27, 2013_
DATE

ROD J. ROSENSTEIN
United States Attorney
District of Maryland

THOMAS E. PEREZ
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division